UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| **CHIEF VERNIS FARMER,** | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 1:08CV43 SNLJ |
| **CITY OF HAYTI HEIGHTS,** *et. al.*, | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This Court granted defendant City of Hayti Heights's motion for an award of attorneys' fees on March 22, 2010 and instructed the defendant to submit documentation for its fees and expenses. Defendant did so on April 20, 2010, requesting $13,176.65, which included (1) $12,380 for 61.9 hours of attorney time at $200 per hour; (2) 6.0 hours of travel time at $100 per hour, and (3) expenses of $196.65. The Court finds these amounts are reasonable.

Accordingly,

**IT IS HEREBY ORDERED** that, pursuant to the Court's Order dated March 22, 2010 (#65), plaintiff shall pay defendant City of Hayti Heights $13,176.65.

Dated this   27th   day of June, 2012.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE